UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| HECTOR ALBIZO & MARY ALBIZO,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE; WELLS FARGO BANK, N.A.; NDEX WEST LLC; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:11-CV-02991-MCE-KJN<br><br>[Honorable Morrison C. England, Jr., Courtroom 3]<br><br>**ORDER RE: WELLS FARGO'S REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING RE MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE**<br><br>Date: January 12, 2012<br>Time: 2:00 p.m.<br>Ctrm: 7 |

The Court, having read the Request by defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), that its counsel be permitted to appear telephonically at the hearing re Motion to Dismiss and Motion to Strike scheduled for January 12, 2012 at 2:00 p.m. in Courtroom 7 of the above-entitled Court, and good cause showing:

/ / /

/ / /

1  IT IS ORDERED:

2  Counsel for Wachovia may appear at the Hearing re Motion to Dismiss and
3  Motion to Strike telephonically.  Counsel are directed to be available at (626) 535-
4  1900 five minutes prior to the hearing.

6  Dated:  January 6, 2012

7  _____
    MORRISON C. ENGLAND, JR
8   UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28