IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR ALBIZO, et al.,

      Plaintiffs,           No. 2:11-cv-02991 KJN

      v.

WACHOVIA MORTGAGE, et al.,

      Defendants.      ORDER

/

      Presently before the court is defendant Wachovia Mortgage's request to appear by telephone at the August 2, 2012 status (pretrial scheduling) conference.[1] The request concerns Wachovia Mortgage's counsel located in Pasadena, California. The undersigned grants the request.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Defendant Wachovia Mortgage's request to appear by telephone at the August 2, 2012 status (pretrial scheduling) conference is granted. Counsel, Melissa M. Coyle, may appear at the conference by telephone.

---

[1] This case proceeds before the undersigned as a result of the parties' voluntary consent to the jurisdiction of a United States Magistrate Judge (Order, Jan. 9, 2012, Dkt. No. 26). See 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E. Dist. Local Rule 301.

2. Ms. Coyle shall promptly contact the undersigned's Courtroom Deputy at (916) 930-4187, and provide a dedicated, hard telephone line at which the court may contact her at the time of the hearing.

IT IS SO ORDERED.

DATED: July 24, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2