1  BREYON J. DAVIS (269680)
   **THE LAW OFFICES OF BREYON J. DAVIS**
2  965 University Avenue, Suite 150
   Sacramento, CA 95825
3  Tel:  (916) 993-4120
   Fax: (916) 993-4122
4  breyon@breyondavislaw.com

5  Attorneys for Plaintiffs HECTOR ALBIZO
   & MARY ALBIZO

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10      **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

11  HECTOR ALBIZO & MARY ALBIZO,          CASE NO.:  2:11-cv-02991-KJN

12          Plaintiffs,                    [~~Proposed~~]
                                           **ORDER DISMISSING DEFENDANT**
13          v.                             **NDeX WEST, LLC PURSUANT TO**
                                           **FED. R. CIV. P. 41(a)(1)(A)(ii)**
14  WACHOVIA MORTGAGE; WELLS
    FARGO BANK, N.A.; NDEX WEST LLC
15  and DOES 1-20, inclusive,

16          Defendants.

17          Having read and considered the written stipulation executed by all of the

18  parties to this action, IT IS ORDERED THAT defendant NDeX WEST, LLC, a Delaware

19  limited liability company is HEREBY DISMISSED from this action, without prejudice,

20  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

21  **Date:  7/31/2012**

22

23  _____
    KENDALL J. NEWMAN
24  UNITED STATES MAGISTRATE JUDGE

25

26

27

28