IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR ALBIZO, *et al.*,

      Plaintiffs,                      No. 2:11-cv-2991 AC C

      vs.

WACHOVIA MORTGAGE, *et al.*,

      Defendants.                <u>ORDER</u>

          The court is in receipt of the parties' stipulation requesting an order shortening time for hearing on plaintiffs' February 20, 2013 motion to quash. The court notes that the stipulation proposes a briefing schedule for plaintiffs' motion, and plaintiffs have already filed a memorandum of points and authorities in support of their motion to quash. <u>See</u> ECF Nos. 46-47.

          Because plaintiffs' motion does not appear to involve a "complete and total failure to respond to a discovery request or order" and the imposition of sanctions is not the only relief sought here, the parties are required to prepare a <u>joint statement</u> regarding their discovery disagreement pursuant to Local Rule 251(c) and otherwise comply with Local Rule 251's requirements. <u>See</u> E.D. Cal. L.R. 251(c), (e)-(f). All argument regarding plaintiffs' motion shall be contained in the joint statement, and the court will not consider any other briefing submitted.

1  However, the joint statement may refer to appropriate declarations and exhibits, either already
2  filed or filed concurrently with the joint statement, for any necessary factual material.
3        Good cause appearing, IT IS HEREBY ORDERED that the request to shorten
4  time is granted.  Plaintiffs' motion to quash is set for hearing on March 13, 2013 at 10:00 a.m. in
5  courtroom # 26.  The parties shall file a joint discovery statement pursuant to Local Rule 251(c)
6  on or before March 7, 2013.
7  DATED: February 21, 2013.

                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE

/mb;albi2991.stip