IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR ALBIZO, *et al.*,

    Plaintiffs,                    No. 2:11-cv-2991 AC

    vs.

WACHOVIA MORTGAGE, *et al.*,

    Defendants.              ORDER

_____/

    Pending before the court is a motion to withdraw filed by plaintiffs' counsel on March 6, 2013. Also pending is an ex parte application for an order shortening time on motion to withdraw. Good cause appearing, IT IS HEREBY ORDERED that the March 6, 2013 ex parte application is granted. Plaintiffs' motion to withdraw as attorney is hereby scheduled for hearing on March 27, 2013 at 10:00 a.m. in courtroom #26. Any objections to said motion shall be filed on or before March 20, 2013.

DATED: March 11, 2013.

                                    */s/ Allison Claire*
                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE

/mb;albi2991.jo.withdraw