IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR ALBIZO, *et al.*,

      Plaintiffs,                No. 2:11-cv-2991 AC C

    vs.

WACHOVIA MORTGAGE, *et al.*,

      Defendants.         <u>ORDER</u>

_____/

        On March 27, 2013, the court held a hearing on plaintiffs' March 6, 2013 motion to withdraw. Breyon Davis appeared for plaintiffs. Melissa Coyle appeared for defendants. Plaintiffs did not make an appearance. At this hearing, the court also discussed the parties' joint request to continue the trial date and all related deadlines.

        Upon review of the motion to withdraw and the joint request to continue dates, following discussion of counsel, and good cause appearing IT IS HEREBY ORDERED that:

        1. The March 6, 2013 motion to withdraw is granted. Plaintiffs are now proceeding in pro per;

        2. All dates in this matter are vacated; and

////

1

3. A status conference shall be held on May 8, 2013 at 10:00 a.m. in courtroom #26. The parties are directed to file either a joint status report or separate status reports no later than May 1, 2013 setting forth proposed dates for the future scheduling of this matter.

DATED: March 27, 2013.

                                                 /s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;albi2991.jo.withdraw2